```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10   VALOD BAZIK,                    ) CASE NO. CV 09-6118-MMM (PJW)
                                     )
11              Petitioner,          )
                                     ) ORDER ACCEPTING REPORT AND
12        v.                         ) RECOMMENDATION OF UNITED STATES
                                     ) MAGISTRATE JUDGE AND DENYING
13   DOMINGO URIBE, JR.              ) CERTIFICATE OF APPEALABILITY
                                     )
14              Respondent.          )
                                     )
15
```

16      Pursuant to 28 U.S.C. § 636, the Court has reviewed the
17 Petition, the records on file, and the Report and Recommendation of
18 United States Magistrate Judge.  Petitioner has not filed any written
19 objections to the Report.  The Court accepts the findings and
20 recommendation of the Magistrate Judge.
21      Further, for the reasons stated in the Report and
22 Recommendation, the Court finds that Petitioner has not made a
23 substantial showing of the denial of a constitutional right and,
24
25
26
27
28

therefore, a certificate of appealability is denied. *See* Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:   August 31, 2011

                              */s/ Margaret M. Morrow*
                              MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE

O:\MMM\Review\CV 09-06118-ORDER.wpd